IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SAMUEL L. MARTIN**                                                  **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:12CV327HSO-RHW**

**TED GILBERT, ET AL.**                                       **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on to be heard on Defendants' Motion to Dismiss [11] filed June 3, 2013.  The Court, after a review and consideration of Defendants' Motion, the pleadings on file, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that Plaintiff's Complaint, is **DISMISSED WITHOUT PREJUDICE**, pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 6th day of August, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE